IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TRAVIS GOLDEN,

        Petitioner,

v.

WARDEN, LEBANON CORRECTIONAL
INSTITUTION,

        Respondent.

Civil Action 2:15-cv-2887
CHIEF JUDGE EDMUND A SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

On November 16, 2015, the United States Magistrate Judge recommended that this action be transferred to the United States Court of Appeals for the Sixth Circuit as a successive petition. *Report and Recommendation*, ECF No. 4. *See* 28 U.S.C. § 2244(b)(3)(A). Although Petitioner was advised of his right to object to that recommendation and of the consequences of his failure to do so, there has been no objection.

The *Report and Recommendation*, ECF No. 4, is **ADOPTED AND AFFIRMED**. This action is hereby **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit as a successive petition.

    IT IS SO ORDERED.

_____12-29-2015_____
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE